IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN HURTADO,<br>　　　　Plaintiff,<br><br>vs.<br><br>MOSHANNON VALLEY<br>CORRECTIONAL CENTER; ALTOONA<br>REGIONAL HEALTH SYSTEM, et al | Civil Action No. 14-190J<br>Judge Kim R. Gibson/<br>Chief Magistrate Judge Maureen P. Kelly |

## **ORDER**

AND NOW, this 29th day of October, 2015, after Plaintiff Juan Hurtado filed a Motion to Reopen the above-captioned case, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until October 26, 2015 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Reopen Case, ECF No. 14, is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

_____
United States District Judge

cc:　Honorable Maureen P. Kelly
　　　Chief United States Magistrate Judge
　　　All Counsel of Record Via CM-ECF